# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | ✓ FILED ___ ENTERED |
| | ) | Case No. 23-mj-00001-MJM | ___ LOGGED ___ RECEIVED |
| | ) | | 4:40 pm, Jan 03 2023 |
| WILLIAM ZEV STEEN | ) | | AT BALTIMORE |
| | ) | | CLERK, U.S. DISTRICT COURT |
| | ) | | DISTRICT OF MARYLAND |
| | | | BY _____ Deputy |
| *Defendant(s)* | | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   December 3, 2008 & July 11, 2022   in the county of   Baltimore City   in the
_____ District of   Maryland  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2251(a) | Sexual Exploitation of Children |
| 18 U.S.C. Section 2252A(a)(2) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Leah Martinez, which is attached and incorporated herein by reference.

☑ Continued on the attached sheet.

*Leah Martinez*
*Complainant's signature*

Leah Martinez, Special Agent, HSI
*Printed name and title*

Sworn before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:   1/3/23

*Judge's signature*

City and state:   Baltimore, Maryland   Matthew J. Maddox, U.S. Magistrate Judge
*Printed name and title*