IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. SAG-23-0102 |
| WILLIAM ZEV STEEN | * | |

******

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by Andrew White/Mark Zayon, and the Government was represented by Assistant United States Attorney Paul Budlow, it is

**ORDERED**, this 17th day of April, 2023, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
A. David Copperthite
United States Magistrate Judge