IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Crim. Case No. SAG-23-0102 |
| WILLIAM ZEV STEEN | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \*

<u>ORDER</u>

Having considered the two pending motions to seal, ECF 38, 41, it is this 24th day of September, 2024, hereby ORDERED that the two pending motions to seal the sentencing memoranda in their entireties are DENIED as overbroad. The Proposed Sealed Documents, ECF 40, 42, shall remain sealed, and the parties are DIRECTED to file, on or before **September 27, 2024**, appropriately redacted versions of the sentencing memoranda redacting only identities of minors and other similarly sensitive information while otherwise preserving public access to court filings.

/s/
Stephanie A. Gallagher
United States District Judge