

10/10/2024

Judge Stephanie A. Gallagher

    Re:    United States v Steen (1:23-cr-00102), District Court, D. Maryland

Your Honor:

    Following your Honor's order on 10/2/2024 order the defense to re-file their sentencing memorandum and attached letters with limited redactions by 10/9/2024, the defense has failed to comply. Your Honor generously offered the defense a set of redactions they could follow that would comply with your order to assist them in doing so. They are now in violation of this Court's explicit order. I respectfully ask the court in the interest of the public in general and the survivors of sexual abuse in the community that comprise ZA'AKAH's constituency that the Court compel the defense to comply with the Court's order.

    In the interest of preserving the public's right to request and receive access to court proceedings and materials it is imperative that this affront to the Court and blatant disregard for the public's rights be addressed with the appropriate consequences. The defense may feel that our lack of representation by counsel makes the orders issued by the Court in response to our requests less binding on them, but in order to ensure respect for the Court's future orders they must be made to appreciate that the Court's orders are as binding on them as they would be on anyone, regardless of whether or not we've retained our own counsel. They must not be allowed to openly flout the authority of this Court.

Sincerely,

*Asher Lovy*

Asher Lovy
Executive Director
347-799-7836
Asher@zaakah.org