










Case 1:01-cr-00208-SAC Document 40 *SEALED* Filed 10/29/17 Page 4 of 16





Case 1:10-cv-02068-SAG Document 40 *SEALED* Filed 10/24/17 Page 7 of 16









Stephanie A. Gallagher, District Judge

United States District Court, District of Maryland 101 West Lombard Street Chambers 7C Baltimore, MD 21201

Dear Judge Gallagher,

I am Zev Steen's father, and, of course, I have known him all of his life. I want to tell you about the love all of his large extended family has for him, some of his special achievements and some thoughts about the situation he and his family is in.

Zev has been active in friendships and community endeavors for his whole life. In elementary school he was a class leader and in high school and college he took responsibility for many things, including running the infirmary, driving sick students to the doctor and hospital, and writing up lecture notes for his regular classes and publishing lecture notes for others to use- toname just a few.

An important area is his service to the Baltimore community in the nearly 25 years since he left school. Zev was a regular in the Northwest Patrol in the first years of his marriage, which monitored the streets and reported crimes to the police. He spent countless hours advising others with their Amazon business ventures. It was remarkable that when we attended our granddaughter's graduation in June of 2022, we saw Zev in discussion with numerous community people, giving advice on community affairs and business.

Zev is beloved by his family. We made many visits to his home; his family visited us frequently and we often took vacations together as a family. We observed how his children revered him. He took them on hikes, to amusements, orchestrated their birthday parties, helped intensely with their schoolwork and many more activities. He was always a source of advice and encouragement.

We understand the charges and his plea. We have a close relationship with our oldest granddaughter and in our view, her father's incarceration has affected her greatly. She misses him greatly particularly at a pivotal stage in life where she would seek his guidance in her dating life.

As I am sure you have been made aware by others, Zev recognized his problem, took responsibility and sought help. All the children want their father back. The harm goes deep and we want to see this resolved in the way that is least harmful to our grandchildren. Long incarceration exacerbates and extends this damage.

My own father died when I was 9 and my sister was 7. We grew up without a father and we missed him terribly. At my sister's recent funeral, the people who knew her well spoke about how difficult the loss of her father was for her. For me, it took years to get over the loss, affecting me in all areas of my life. I tried very hard to be the father I wanted, and I was overjoyed when I saw how Zev was such an important presence in the lives of his 7 children. Just as I was affected, Zev's children are very much affected by the loss of their father. They want him back home and we ask that the harm of incarceration be kept to a minimum for their sake.

Respectfully,

*tJd*

Franklin Steen







Stephanie A. Gallagher, District Judge
United States District Court, District of Maryland
101 West Lombard Street Chambers 7C
Baltimore, MD 21201

September, 16, 2024

Dear Judge Gallagher,

Thank you for giving me the opportunity to plead on my son's behalf. I'm pleading not just for him, but for my grandchildren and for my daughter-in-law. For 24 years I've watched my son's family grow. I've seen him and Rivky struggle through hard times and take pleasure in the good times. All have enjoyed the good times and gotten through the tough times as a family unit. They love each other, support each other and sometimes squabble with each other, like all families. But they have been a unit.

I know my son did something I can't condone and can't understand. But I also know he sincerely regrets what he did and, with Rivky's support, with the support of others, he has spent the succeeding years striving to be a better person, to be a better husband and father, to be a productive member of his community.

Please help my son continue that lifework. Please give him a sentence of the fewest years possible away from his family. They love him so much and need him so much. That is my greatest request to you, Your Honor.

My husband and I are approaching the end of our 70's. I have a plea for us too. We would like to experience our wonderful son back in our lives once more. We know he is a human being with strengths and weaknesses. We know he once gave into his weakness. We see how he has worked to overcome that human failing and be the kind of person we hope we have raised him to be. Please give him the opportunity to provide to his family the love and goodness of which he is capable.

Thank you for giving me this opportunity to communicate to you my deepest desire for my children and grandchildren.

Sincerely,
Paula Steen

Dear Judge Gallagher,

I am writing to you with a heavy weight on my shoulder. That of the very weight of the future of my children and my family. Years ago, when I discovered what Zev had done, I was shocked, and horrified. ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Yet at the same time, I also respected him for his determination to heal, both himself and his family. I have learned that those attributes are incredibly rare to the point of almost non existent.

Zev could have kept everything hidden, yet he chose a much more difficult path of strength and courage to admit what he had done and get help for our family. He had a strong drive to give back to the community in an effort to give to others. He worked tirelessly to repair and heal and recreate healthy relationships within our family.

During Zev's incarceration, something unique and special occurred. He choose to utilize his time to work on himself, both spiritually and emotionally. His perspective of being there was that if G-d placed him there, then he would fully utilize the time to learn and gain. He asked me to send him numerous books on Torah and spent much of his day plumbing its depth, learning from spiritual guides. He requested numerous self help books to learn about feelings, emotions and coping skills. And something special happened in that small unit. The men started sharing with each other spiritual thoughts, and implemented coping skills that were gained.

Throughout this ordeal, Zev has tried his best to maintain relationships with each of the kids. When he was in a facility with more phone access, he spent his evening doing homework with the kids on the phone contorting himself in horribly uncomfortable positions so he could do so. He spoke to my son's principal so he could get a report on how our son was doing in school.

But beneath all of this, lies unadulterated pain. Zev's abrupt removal from our family has caused inordinate damage to each one of us. Zev is not a typical father. He has given the very fiber of his being to his family and children. Zev is the one who did STEM projects with our children and developed their interest in that.

████████████

I am not here to sugar coat anything that Zev has done. Yet I'm I am here to desperately advocate for my family, that they need their father home, to be engaged with them, to guide them. I understand that statistically speaking, Your Honor and her colleagues have not received a case like this. That it is extremely rare for someone to have gone to the lengths of healing that Zev has undergone.

I also understand that our family cannot begin to heal until Zev has been released. Until that time, as a mother, I fear. I fear the gaping hole that each one of my children holds and cannot be filled. I fear the loss of childhood and early adulthood that each are experiencing and can never be replaced.

Me and my feelings are the least relevant in this situation. As a wife and mother, my children and their needs must always be prioritized. But I miss Zev too. I can not define or explain the how's or why's. But I've lost my "wing man", my partner in setting goals and aspirations for our family. He is my guide in navigating challenging situations with my kids, schools, and relationships.

I implore Your Honor to recognize that our family has suffered much pain together and needs to heal together as well. That you are able to see that this case is significantly different than other cases you have seen. Please, I beg that you return him so that our family healing can begin.

All the best,

Rivky (Rebecca) Steen