January 14th 2024

Your Honor,
    Thank you for taking the time to read this and sorry for my abysmal hand writing. I first met William Steen at the beginning of June 2023, and he was assigned a bunk right next to mine. From the very first day he became a possitive light in our unit. He has always been a kind, caring and generous person, not just helping if a person is unable to purchase something that they need, but generous with his time. He always tries to make the situation better for everyone, this lead him to first being voted by the unit and then assigned by administration as the Unit Liaison to the jail administration. This lead to the unit recieving a large increase in activites and access to beneficial programs. He has done alot for the unit and the people in the unit, but for me he has truly saved a life and sanity. ████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████ He truly has always been a positive light in all this hardship and uncertainty, and I will always be grateful of him and consider him a friend.

Sincerely,
Alexander Kervin
[signature]

Case 1:23-cr-00209-SAG Document 40 *SEALED* Filed 10/10/24 Page 2 of 5

בס"ד

# JEWISH INCARCERATED FAMILY SERVICES

Stephanie A. Gallagher
District Judge
101 West Lombard Street Chambers 7C
Baltimore, MD 21201

July 7th 2024

Dear Judge Gallagher,

My name is Rabbi Sholom Reindorp, the founder and director of Jewish Incarcerated Family Services, a chaplaincy organization based in Baltimore. Our mission is centered on promoting sincere rehabilitation and providing assistance, counseling, and support to individuals impacted by the criminal justice system.

In my capacity, I also serve as a Jewish chaplain at the Howard County Detention Center where I had the privilege of visiting Mr. William Steen regularly for this past year. Through our interactions, I came to understand the depths of his character and his unwavering commitment to personal growth and helping others. William's dedication to his faith and continuous pursuit of self-improvement were truly inspiring to witness.

William's genuine and caring nature shone through in his interactions with fellow inmates. He not only focused on his own growth but also made it his mission to uplift and inspire those around him. I observed firsthand how he shared his wisdom, faith, and moral guidance with his cellmates, encouraging them to transform their lives and strive for personal betterment.

William was very open to guidance and rabbinic counsel, drawing strength and guidance from his faith and always seeking ways to learn and grow. His willingness to share valuable lessons with others and inspire positive change within his community speaks volumes about his compassionate and authentic character.

I have full confidence that Wiliam's journey toward personal growth and his commitment to guiding and inspiring others make him a valuable asset to society. I wholeheartedly believe that he has the potential to continue making a positive impact on those around him and contribute to a safer and more supportive environment for all.

Sincerely,

Rabbi Sholom Reindorp
Founder and Director
Jewish Incarcerated Family Services



JEWISH INCARCERATED FAMILY SERVICES     6701 Old Pimlico Rd Baltimore, MD 21209 I Phone: (410) 205-9409 I Email: info@jifsmd.org I Web: www.jifsmd.org

January 17, 2024

Your Honor,

    I address the court today to attest to the genuine and strong moral character of William Stein. Through my daily interactions and observations of Mr. Steen over the past 7 months, it is undeniable that he is a deeply religious and spiritual man who is devoted to learning and positively impacting his community.

    Mr. Steen shows unwavering devotion to his faith, spending the vast majority of his day in prayer and study of the Torrah and the Talmud. Despite the challenges of incarceration, he constantly practices all the traditions of his religion and observes his faith with powerful tenacity.

    Second only to faith is Mr. Steen's instinctive desire for learning. He reads constantly, prefering self-help books and spiritual titles over popular fiction. His natural thirst for spiritual and emotional self-improvement is evident, and he frequently pays it forward by engaging in thought-provoking discussions with those around him.

    Mr Steen is friendly and likable man who brings a genuinely positive attitude to everything he does. He is empathetic, supportive, and helps others improve

themselves through conversation and analysis of any topic from the profound to the most mundane. I know that he has made an imprint on others in the same way he has helped me. I am very greatful to Will for all he has done for me and am priveledged to call him my friend.

In a world full of posturing and pretense, please help a sincere and devoted man through your mercy and grace. I cannot think of a more deserving person than William Steen. I am extremely grateful to have shared these seven months with him as inmates at Howard County Detention Center.

Sincerely,

Matthew Barth

To whom it may concern, 2/6/24

    I am an incarcerated individual in HCDC and was in the same unit as William Steen. I am deeply grateful for the time I had with William. Because of my background I had a particularly difficult time dealing with Jail. William saw me, noticed my pain and sat down to talk. After that day we spoke constantly. William is incredibly understanding and compassionate.

    He helped me come to see my situation in a positive light instead of being weighted down by unhappiness and misery. When I first arrived I just wanted to die. Our discussions helped me see that this situation may actually be a blessing. My life is worthwhile.

    I have seen William help others in the same way. His personality is such that people naturally helps other. People feel comfortable and safe around him. I have never see him get upset with anyone or insult anyone. He respects everyone.

    Thank you for taking my thoughts and feelings into consideration in this case.

Larry Tucker