

10/28/2024

Judge Stephanie A. Gallagher

Re:  United States v Steen (1:23-cr-00102), District Court, D. Maryland

Your Honor:

      Pursuant to your Honor's order on 10/2/2024 regarding the redaction of sentencing materials I would like to request on behalf of the public that any videos matching the criteria set forth in the Court's order be made publicly available as well, ideally through PACER. In the prosecution's sentencing memorandum a video was referenced containing statements made by various public figures, including Rabbi Shraga Neuberger and Rabbi Mordechai Shuchatowitz, as well as family members whose identities were made public by their testimony on behalf of the defendant during his sentencing hearing.

      While the video itself has not been made public it is in the public interest that the public be allowed access to the video to the extent that it doesn't violate the privacy of the victim or any minors. I request that your Honor order the defense to produce the portions of the video that match the criteria of the order issued on 10/2/2024. This includes portions of the video showing Rabbis Neuberger and Shuchatowitz, as well as portions of the video by members of the Steen family whose identities were already made public at the sentencing hearing and in the unredacted defense letters.

      I understand that redactions to protect the identities of the victim and other minors as well as those whose identities the Court sees fit to protect as per the 10/2/2024 order are necessary and appropriate and leave it to the discretion of the Court to direct the Defense accordingly within the context of their previous conduct.

Sincerely,

*Asher Lovy*

Asher Lovy
Executive Director
347-799-7836
Asher@zaakah.org

Zaakah.org      888-492-2524      info@zaakah.org