ZAAKAH



Judge Stephanie A. Gallagher